JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CHICK-FIL-A, INC., a Georgia corporation; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. CV 20-00329 AB (MRWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 16, 2020   _____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.